IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH RICHARD HUGHES, et al.

    Plaintiffs,

v.

DANE COUNTY SHERIFFS, et al.

    Defendants.

ORDER

Case No. 15-cv-464-wmc

MICHELLE MARIE HUGHES, et al.

    Plaintiffs,

v.

HEIDI GERTH, et al.

    Defendants.

ORDER

Case No. 15-cv-465-wmc

Plaintiffs Kenneth Hughes and Michelle Hughes have filed two proposed civil complaints. Plaintiffs seek to commence these lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915.

From the affidavits of indigency plaintiffs have submitted, I find that plaintiffs are unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff's Kenneth Hughes and Michelle Hughes' petitions for leave to proceed without prepayment of fees are GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief. Once the screening process is complete, separate order(s) will issue.

Entered this 7th day of August, 2015.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge